**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

_____

In re:
    SMITH, Michelle                                     Chapter 13
    SMITH, Brian                                        Case # 13-10531-WCH

                             **Debtor(s)**

_____

## ORDER CONFIRMING CHAPTER 13 PLAN

The Debtor(s) filed an Amended Chapter 13 Plan (the "Plan") on May 10, 2013. The Debtor(s) filed a Certificate of Service on May 10, 2013, reflecting that the Plan was served on all creditors and parties in interest. No objections to the confirmation of the Plan were filed, or all objections were overruled by the Court or resolved by the parties. Upon consideration of the foregoing, the Court hereby orders the following:

1.     The Plan is confirmed. The term of the Plan is 60 months.

2.     The Debtor(s) shall pay to the Chapter 13 Trustee the sum of $510.00* per month commencing March 1, 2013 which payments shall continue through the completion of the Plan and shall be made on the 1st day of each month unless otherwise ordered by the Court. Payments shall be made by Money Order or Bank Treasurer's check (personal checks will not be accepted) and shall be made payable to and forwarded to: Carolyn A. Bankowski, Chapter 13 Trustee, PO Box 1131 Memphis, TN 38101-1131.

3.     The effective date of confirmation of the Plan is March 1, 2013. The disbursements to be made by the Chapter 13 Trustee pursuant to the confirmed plan are set forth on the attached summary which is incorporated by reference. Interested parties should consult the detailed provisions of the Plan for treatment of their particular claims and other significant provisions of the Plan. Unless otherwise ordered by the court, all property of the estate as defined in U.S.C.§§ 541 and 1306, including, but not limited to, any appreciation in the value of real property owned by the debtor as of the commencement of the case, shall remain property of the estate during the term of the plan and shall vest in the Debtor(s) only upon discharge. All property of the estate shall remain within the exclusive jurisdiction of the bankruptcy court. The Debtor(s) shall not transfer, sell or otherwise alienate property of the estate other than in accordance with the confirmed plan or other order of the bankruptcy court. The debtor shall be responsible for preserving and protecting property of the estate.

*As of March 1, 2013, the Debtor shall pay the Trustee the sum of $412.00 per month for the first 3 months of the Plan. Commencing June 1, 2013, the Debtor shall pay the Trustee the sum of $510.00 per month for the remaining 57 months.

Dated: _____                      _____
                                                               United States Bankruptcy Judge

10/29/2013

EM

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

_____

In re:
    SMITH, Michelle                               Chapter 13
    SMITH, Brian                                  Case # 13-10531-WCH
                     Debtor(s)

_____

## SUMMARY OF DISBURSEMENTS TO BE MADE UNDER THE PLAN

**1. Modified Secured Claims**

NONE

_____

**2. Unmodified Secured Claims**

a) Chase Home Finance is retaining its lien on 38 Ilana Circle, Taunton, MA. The Debtor(s) shall continue to make regular monthly payments in accordance with the contract with Chase Home Finance. Chase Home Finance will be paid its pre-petition arrearage in the sum of $22,260.01 over 60 months in the sum of $371.00 per month.

b) Bristol Savings Bank is retaining its lien on the 2007 Chevy Tahoe. The Debtor(s) shall continue to make regular monthly payments in accordance with the contract with Bristol Savings Bank.

c) Harbor One Credit Union is retaining its lien on the 2007 Cadillac CTS. The Debtor(s) shall continue to make regular monthly payments in accordance with the contract with Harbor One Credit Union

_____

**3. Priority Claims**

IRS                          Taxes                          $2,860.00

_____

**4. Administrative Claims**

Lorelei Flanagan, Esq. will be paid the sum of $1,500.00 over 12 months.

_____

**5. Unsecured Claims**

The holders of unsecured claims totaling $79,407.58* shall receive a dividend of no less than 0.83%.
*This sum includes the non-dischargeable student loan claim of Sallie Mae in the sum of $26,399.81.

_____

**6. Other Pertinent Provisions**

NONE

EM

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:
    SMITH, Michelle                             Chapter 13
    SMITH, Brian                                Case # 13-10531-WCH

                    Debtor(s)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within proposed order of confirmation was served upon the Debtor, Debtor's counsel of record and all parties and attorneys who have filed appearances and requests for service of pleadings, per the following service list, by first class mail, postage prepaid.

Dated: September 26, 2013                                       Respectfully submitted,

                                                                      By: **/s/ Carolyn Bankowski**
                                                                      Carolyn Bankowski, BBO# 631056
                                                                      Patricia A. Remer, BBO #639594
                                                                      Office of the Chapter 13 Trustee
                                                                      P.O. Box 8250
                                                                      Boston, MA 02114
                                                                      617-723-1313
                                                                      **13trustee@ch13boston.com**

## SERVICE LIST

| | |
|---|---|
| Michelle & Brian Smith | Mass Dept of Revenue/CSE |
| 38 Ilana Circle | Attn: Gale Erb |
| Taunton, MA 02780 | Child Support Enforcement Division |
| | P.O. Box 9561 |
| Lorelei Flanagan, Esq. | Boston, MA 02114 |
| The Phillips Law Offices, LLC | |
| 10 Dorrance Street, Suite 700 | Capital One, NA |
| Providence, RI 02903 | c/o Bass Assoc. PC |
| | 3936 E. Ft. Lowell Rd., Suite 200 |
| | Tucson, AZ 85712 |

EM